| | E-FILED: 06/22/11<br>**JS-6** |
|---|---|

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sofia Sandoval<br><br>      PLAINTIFF(S)<br> vs.<br><br>Wachovia Mortgage, FSB, et al.<br><br>      DEFENDANT(S). | CASE NUMBER<br><br>**CV 11-874-PSG (JCx)**<br><br>**DISMISSAL BY THE COURT**<br>**FOR FAILURE TO PROSECUTE** |

On June 3, 2011, the Court issued an Order to Show Cause for Lack of Prosecution directing Plaintiff to respond in writing by no later than June 17, 2011.

On June 15, 2011, the Order was returned to the Court as "Undeliverable Mail - Notify Sender of New Address".

To date, no written response to the Order to Show Cause has been filed with the Court, nor a written notification of Plaintiff's new address and phone number.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: ____06/21/11_____

                     Philip S. Gutierrez
                     U.S. District Judge